M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 AUG -6  A 9: 50

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Cyrus Pierson/Coffee County
Full name and prison name of   Jail
Plaintiff(s)

v.

Jeff Shelton

_____

_____

_____

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 1:07cv708- MHT
(To be supplied by Clerk of U.S. District
Court)

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ☐  No ☑

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ☐  NO ☑

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1.  Parties to this previous lawsuit:

       Plaintiff(s) _____

       _____

       Defendant(s) _____

       _____

   2.  Court (if federal court, name the district; if state court, name the county)

       _____

       _____

3. Docket number #:3-1 Case: 1:07-cv-00451-WKW-W<?>

4. Name of judge to whom case was assigned  Wallace Capel Jr

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?)  Still pending

6. Approximate date of filing lawsuit  4-29-07

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  Coffee County Jail

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Coffee County Jail

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS
1. Jeff Shelton | Deputy Sheriff
2.
3.
4.
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  4-20-07

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  Jeff Shelton used profanity & choked me at the same time with officers present. No one tried to do anything.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Cell Block 2, between 9:30/10:30 choked me while using profanity cause when he told me to go to my cell I cracked a grin, as I was going 2 my cell.

GROUND TWO: His temper over flowed, & He took his anger out on me for no reason

SUPPORTING FACTS: Other Jailors, 3 deputies & investigator, narcotics officer from the Coffee County Sheriff Department were present

GROUND THREE: No one tried to stop him.

SUPPORTING FACTS: I talk to Jail administrator (Richard Moss) the same night, & he was in Jeff Shelton's favor, So I figured greviance forms they just would have laughed at them.

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Coffee County Jail, & Sheriff department under investigation, cause Jeff Shelton is lying by saying that he didn't choke me.

_____
Cyrus Pierson
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7-30-07
              (Date)

_____
Cyrus Pierson
Signature of plaintiff(s)



Curtis Pleasant
County Complex #44
Coffee County Jail
New Brockton AL, 36351

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery AL, 36101-0711