IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

CYRUS PIERSON                    *

   Plaintiff,                    *

      v.                           *        1:07-CV-708-MHT
                                                                                   (WO)

JEFF SHELTON                     *

   Defendant.                    *

_____

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

In this 42 U.S.C. § 1983 action, Cyrus Pierson, an inmate incarcerated at the Coffee County Jail, complains that Defendant Jeff Shelton violated his constitutional rights by subjecting him to excessive force on April 20, 2007. The instant complaint asserts an identical claim against the same defendant as an earlier complaint Plaintiff filed with this court. *See Pierson v. Shelton*, Civil Action 1:07-CV-451-WKW. Thus, the court concludes that dismissal of this case prior to service of process is appropriate under 28 U.S.C. § 1915(e)(2)(B)(i).[1]

**DISCUSSION**

Malicious suits are abusive of the judicial process and are not permissible under 28

---

[1] A prisoner who is allowed to proceed *in forma pauperis* in this court will have his complaint screened in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B). This screening procedure requires the court to dismiss a prisoner's civil action prior to service of process if it determines that the complaint is frivolous or malicious. 28 U.S.C. § 1915(e)(2)(B)(i).

U.S.C. § 1915(e)(2)(B)(i). A federal court may therefore dismiss a prisoner's *in forma pauperis* complaint as malicious where earlier and later complaints are substantially identical. *Cato v. United* States, 70 F.3d 1103, 1105 n. 2 (9th Cir. 1985) (duplicative complaint subject to dismissal under section 1915 as malicious); *Bailey v. Johnson*, 846 F.2d 1019 (5th Cir. 1988) (an *in forma pauperis* complaint repeating the same factual allegations asserted in an earlier action is due to be dismissed under 28 U.S.C. § 1915).

The complaint Plaintiff filed in this case is indistinguishable from a complaint he previously filed with this court challenging Defendant Shelton's conduct on April 20, 2007. It re-alleges the same claim as the one presented to this court in *Pierson v. Shelton*, Civil Action 1:07-CV-451-WKW, a case which is currently pending on Plaintiff's claims for relief. In light of the foregoing, it is clear that the complaint filed by Plaintiff in the present cause of action is malicious and summary dismissal of such complaint is, therefore, appropriate under 28 U.S.C. § 1915(e)(2)(B)(i).

## CONCLUSION

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be DISMISSED with prejudice as malicious prior to service of process in accordance with the provisions of 28 U.S.C. §1915(e)(2)(B)(i). It is further

ORDERED that on or before August 27, 2007 the parties may file objections to the Recommendation. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party is objecting. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised

that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice.  *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982).  *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982).  *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done, this 15th day of August 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE