IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CYRUS PIERSON | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:07-CV-708-MHT |
| | * | (WO) |
| | * | |
| JEFF SHELTON | * | |
| | * | |
| Defendant. | * | |

**ORDER**

On August 15, 2007, the Magistrate Judge filed a Recommendation [Doc. #4] in the case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is hereby ORDERED as follows:

1. That the Recommendation be and is hereby ADOPTED; and

2. That this case, filed under 42 U.S.C. § 1983, be DISMISSED with prejudice, prior to service of process in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

DONE, this the 13th day of September, 2007.

  /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE