IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CYRUS PIERSON | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   1:07-CV-708-MHT |
| | *   (WO) |
| | * |
| JEFF SHELTON | * |
| | * |
| Defendant. | * |

**FINAL JUDGMENT**

In accordance with the order entered this date, it is ORDERED, ADJUDGED, and DECREED that this case be and is hereby DISMISSED with prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 13th day of September, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE